UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROLANDO NAZARIO GONZALEZ,**

    **Plaintiff,**

v.                                                   Case No: 6:17-cv-1615-Orl-41DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                              /

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Attorney's Fees ("Motion," Doc. 19). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 21), in which he recommends that the Court grant the Motion to the extent that it requests $3,207.15 in attorney's fees and that the Court otherwise deny the motion. Specifically, Judge Irick recommends that the Court reject Plaintiff's request that the attorney's fees be paid directly to Plaintiff's counsel. (*Id.* at 4–5).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 19) is **GRANTED** to the extent it seeks an award of attorney's fees in the amount of $3,207.15.

3. Plaintiff is awarded attorney's fees in the amount of $3,207.15.

4. In all other respects, the Motion is **DENIED**. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record